LAW OFFICES OF JON JACOBS
Nicolas M. Dillavou (SBN 327210)
One Ridgegate Drive, Suite 245
Temecula, CA 92590
Tel: 916-663-6400
Fax: 916-663-6500
nic@lemonbuyback.com
office@lemonbuyback.com
Attorneys for Plaintiff Dennis Diaz

Soheyl Tahsildoost (Bar No. 27129)
Mehgan Gallagher (Bar No. 338699)
THETA LAW FIRM, LLP
12100 Wilshire Blvd. Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant Mercedes-Benz USA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DIAZ, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:24-cv-00441-DOC-JDE<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. David O. Carter |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that Plaintiff, DENNIS DIAZ, and Defendant,

1

**JOINT NOTICE OF SETTLEMENT**

MERCEDES-BENZ USA, LLC, (the "Parties"), jointly write to advise this Court that they have settled this matter.

The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending. Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: May 16, 2024

By: __/s/_ *Nicolas M. Dillavou* _____
Nicolas M. Dillavou
**Law Office Of LAW OFFICES OF JON JACOBS**

Attorneys for Plaintiff,
**DENNIS DIAZ**

Dated: May 16, 2024      **THETA LAW FIRM, LLP**

By: _____
Mehgan Gallagher, Esq.
Soheyl Tahsildoost, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

**SIGNATURE ATTESTATION**

I hereby certify that the content of this document is acceptable to Nicolas M. Dillavou, Esq. counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

                THETA LAW FIRM, LLP

By: _____
MEHGAN GALLAGHER
Attorney for Defendant Mercedes-Benz USA, LLC